**In the United States Court of Appeals
for the Fourth Circuit**

| | |
|---|---|
| First Mercury Insurance Co. et al., <br>      *Appellants*, <br> v. <br> Hartford Casualty Insurance Co. et al., <br>      *Appellees*. | No. 15-1597 (L) |

**Response of Hartford Casualty Insurance Company and Hartford Fire Insurance Company to First Mercury Insurance Company's Motion to File a Separate Brief**

 Appellees Hartford Casualty Insurance Company and Hartford Fire Insurance Company consent to First Mercury Insurance Company's Motion to File a Separate Brief.

            Respectfully submitted:

            /s/ *Steven M. Klepper*
            Steven M. Klepper
            Kramon & Graham, P.A.
            One South Street, Suite 2600
            Baltimore, Maryland 21202-3201
            (410) 752-6030
            sklepper@kg-law.com

            *Counsel for Hartford Appellees*

**Certificate of Service**

 I hereby certify that on August 7, 2015, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

            /s/ *Steven M. Klepper*
            Steven M. Klepper