## In the United States Court of Appeals for the Fourth Circuit

| | |
|---|---|
| **First Mercury Insurance Co. et al.,** | ) |
| | ) |
|       **Appellants,** | ) |
| | ) |
| v. | )     No. 15-1597(L) |
| | ) |
| **Hartford Casualty Insurance Co. et al.,** | ) |
| | ) |
|       **Appellees.** | ) |

### Response of G.R. Hammonds, Inc. to first Mercury Insurance Company's Motion to File a Separate Brief

Appellee G. R. Hammonds Roofing, Inc., neither consents or objects to First Mercury Insurance Company's Motion to File a Separate Brief.

This the 21st day of August, 2015.

                                                    MERRITT, WEBB, WILSON & CARUSO, PLLC

                                                    /s/ James A. Merritt, Jr.
                                                    James Almond Merritt, Jr.
                                                    N.C. State Bar No. 37166
                                                    Attorneys for Defendant G.R. Hammonds Roofing, Inc.
                                                    2525 Meridian Parkway, Suite 300
                                                    Post Office Box 2247
                                                    Durham, North Carolina 27702
                                                    Telephone: (919) 688-7393
                                                    Facsimile: (919) 683-6323
                                                    Email: jmerritt@merrittwebb.com

### **CERTIFICATE OF SERVICE**

I certify that on August 21st, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

                                                  /s/ James A. Merritt, Jr.
                                                  James Almond Merritt, Jr.