FILED: August 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1597 (L)
(7:11-cv-00187-FL)

_____

FIRST MERCURY INSURANCE COMPANY

       Defendant - Appellant

v.

HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; G.R. HAMMONDS INC, a/k/a G.R. Hammonds Roofing, Inc., a/k/a Hammonds Roofing

       Defendants - Appellees

and

ASSURANCE COMPANY OF AMERICA; FIRST FINANCIAL INSURANCE COMPANY; FIRST MERCURY EMERALD INSURANCE SERVICES, INC.

       Defendants

and

HARLEYSVILLE MUTUAL INSURANCE COMPANY

       Plaintiff

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a separate brief filed by First Mercury Insurance Company, the court grants the motion.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

                                                For the Court--By Direction

                                                /s/ Patricia S. Connor, Clerk