FILED: September 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1659
(7:11-cv-00187-FL)
_____

ASSURANCE COMPANY OF AMERICA

       Defendant - Appellant

v.

HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; G R HAMMONDS INC, a/k/a G.R. Hammonds Roofing, Inc., a/k/a Hammonds Roofing

       Defendants - Appellees

and

FIRST FINANCIAL INSURANCE COMPANY; FIRST MERCURY INSURANCE COMPANY; FIRST MERCURY EMERALD INSURANCE SERVICES, INC.

       Defendants

and

HARLEYSVILLE MUTUAL INSURANCE COMPANY

       Plaintiff

_____

No. 15-1597
(7:11-cv-00187-FL)

_____

FIRST MERCURY INSURANCE COMPANY

       Defendant - Appellant

v.

HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; G.R. HAMMONDS INC, a/k/a G.R. Hammonds Roofing, Inc., a/k/a Hammonds Roofing

       Defendants - Appellees

and

ASSURANCE COMPANY OF AMERICA; FIRST FINANCIAL INSURANCE COMPANY; FIRST MERCURY EMERALD INSURANCE SERVICES, INC.

       Defendants

and

HARLEYSVILLE MUTUAL INSURANCE COMPANY

       Plaintiff

_____

No. 15-1638
(7:11-cv-00187-FL)

_____

HARLEYSVILLE MUTUAL INSURANCE COMPANY

   Plaintiff - Appellant

v.

HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; G R HAMMONDS INC, a/k/a G.R. Hammonds Roofing, Inc., a/k/a Hammonds Roofing

   Defendants - Appellees

 and

ASSURANCE COMPANY OF AMERICA; FIRST FINANCIAL INSURANCE COMPANY; FIRST MERCURY INSURANCE COMPANY; FIRST MERCURY EMERALD INSURANCE SERVICES, INC.

   Defendants

------------------------

No. 15-1663
(7:11-cv-00187-FL)

------------------------

FIRST FINANCIAL INSURANCE COMPANY

   Defendant - Appellant

v.

HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; G R HAMMONDS INC, a/k/a G.R. Hammonds Roofing, Inc., a/k/a Hammonds Roofing

   Defendants - Appellees

 and

ASSURANCE COMPANY OF AMERICA; FIRST MERCURY INSURANCE COMPANY; FIRST MERCURY EMERALD INSURANCE SERVICES, INC.

    Defendants

HARLEYSVILLE MUTUAL INSURANCE COMPANY

    Plaintiff

---

O R D E R

---

The court deconsolidates case No. 15-1659 from further proceedings on appeal from case No. 15-1597(L).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk